DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:06-cr-00020-RRB |
| ) | |
| ERIK EDWARD OSTENSEN, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

ERIK EDWARD OSTENSEN, who is imprisoned by the State of Alaska Department of Corrections, at Mat-Su Pretrial Facility, Palmer, Alaska, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Erik Edward Ostensen, Case No. 3:06-cr-00020-RRB-JDR, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

DATED: February 24, 2006        s/ Larry D. Card
                                        LARRY D. CARD
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-1500
                                        E-mail: larry.card@usdoj.gov
                                        Alaska Bar No. 8011068