MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ERIC EDWARD OSTENSEN   CASE NO. 3:06-CR-00020-01-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES ATTORNEY:          LARRY CARD

DEFENDANT'S ATTORNEY:            SCOTT STERLING, CJA APPOINTED

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 03/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:31 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties;
Waived full advisement of rights.

 X Defendant states true name:   Same as above       Age:   29

 X Financial Affidavit filed. Federal Public Defender to appoint
CJA counsel; FPD notified.

 X PLEA: Not Guilty to Count 1 of the Indictment.

 X Counsel advised of trial date: Final Pretrial Conference
**April 25, 2006 at 1:30 p.m.**   TBJ **May 1, 2006 at 8:30 a.m.**

 X Defendant detained; Order of Detention Pending Trial **FILED**.

 X Pretrial motions due **March 23, 2006;** meet and confer
**March 8, 2006.**

At 2:42 p.m. court adjourned.



DATE:       March 1, 2006       DEPUTY CLERK'S INITIALS:    Ce