AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAR 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: 3:06-CR-00020-01-RRB

ERIK EDWARD OSTENSEN

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ERIK EDWARD OSTENSEN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
21:841(a)(1), (b)(1)(B) & 846 - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE - Count 1

in violation of Title  United States Code, Section(s)

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

February 23, 2006 at Anchorage, AK
Date and Location

by  Magistrate Judge John D. Roberts

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED 03/01/2006 DATE OF ARREST 03/01/2006 | NAME AND TITLE OF ARRESTING OFFICER Troy L. Meeks DUSM | SIGNATURE OF ARRESTING OFFICER |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Erik Edward Ostensen

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER _____

HEIGHT: 5'7 _____  WEIGHT: 185 _____

SEX: MALE _____  RACE: WHITE _____

HAIR: Brown _____  EYES: Blue _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____