IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00020-RRB |
| | ) |
| Plaintiff, | ) **DEFENDANT OSTENSEN'S** |
| | ) **MOTION TO CONTINUE** |
| vs. | ) **DEADLINE TO FILE PRETRIAL** |
| | ) **MOTION TO SUPPRESS** |
| ERIK EDWARD OSTENSEN and | ) <u>**CERTAIN EVIDENCE**</u> |
| MARK MACPHERSON GRAHAM, | ) |
| | ) |
| Defendants. | ) |
| _____) | |

Excludable delay due to a filing by defendant may occur as a result of the present filing and/or the granting of any relief requested.

Defendant Erik Ostensen moves the court to extend from March 23, 2006 to March 31, 2006 the deadline for him to file his pretrial motion to suppress certain evidence. A supporting Memorandum and Affidavit of Counsel are attached.

DATED this 23rd day of March, 2006 at Anchorage, Alaska.

        Sterling & Dearmond
        Counsel for Defendant
        Erik Edward Ostensen

        By: /s/ <u>Scott A. Sterling</u>
        Sterling & Dearmond
        851 Westpoint Drive
        Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
             Fax: (907) 376-8078
        Email: scottsterling@alaskalawyers.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by fax on the 23rd day of March, 2006 upon:

AUSA Larry D. Card
Counsel for Plaintiff United States of America
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Telephone: (907) 271-5071
         Fax: (907) 271-1500
Email: larry.card@usdoj.gov

Federal Defender F. Richard Curtner
Counsel for Defendant Mark M. Graham
Federal Defender for Alaska
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Telephone: (907) 646-3400
         Fax: (907) 646-3480
Email: Rich_Curtner@fd.org

By:/s/ / Scott A. Sterling