IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00020-RRB |
| | ) **ORDER RE:** |
| Plaintiff, | ) **DEFENDANT OSTENSEN'S** |
| | ) **MOTION TO CONTINUE** |
| vs. | ) **DEADLINE TO FILE MOTION TO** |
| | ) **SUPPRESS CERTAIN EVIDENCE** |
| ERIK EDWARD OSTENSEN and | ) |
| MARK MACPHERSON GRAHAM, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Upon application and good cause being shown IT IS HEREBY ORDERED

that the motion of defendant Erik Ostensen to continue to March 31, 2006 the

deadline for him to file his pretrial motion to suppress certain evidence is

GRANTED.

DATED this ___ day of _____, 2006 at Anchorage, Alaska.


_____
United States District Judge


United States v. Ostensen, et al
3:06-cr-20-RBB:
Orderl:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 1 of 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was served by fax on the 23rd day of March, 2006 upon:

AUSA Larry D. Card
Counsel for Plaintiff United States of America
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Telephone: (907) 271-5071
        Fax: (907) 271-1500
Email: <u>larry.card@usdoj.gov</u>

Federal Defender F. Richard Curtner
Counsel for Defendant Mark M. Graham
Federal Defender for Alaska
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Telephone: (907) 646-3400
        Fax: (907) 646-3480
Email: <u>Rich_Curtner@fd.org</u>

By:<u>/s/ / Scott A. Sterling</u>

United States v. Ostensen, et al
3:06-cr-20-RBB:
Orderl:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 2 of 2