IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-00020-RRB |
| ) | **MEMORANDUM:** |
| Plaintiff, ) | **DEFENDANT OSTENSEN'S** |
| ) | **MOTION TO CONTINUE** |
| vs. ) | **DEADLINE TO FILE MOTION TO** |
| ) | **SUPPRESS CERTAIN EVIDENCE** |
| ERIK EDWARD OSTENSEN and ) | |
| MARK MACPHERSON GRAHAM, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      According to discovery produced to date law enforcement officers searched the residence of defendant Erik Ostensen located near Palmer, Alaska on October 19, 2005 and seized a large number of tangible items which the Government claims constituted a so-called "meth lab." That search was conducted pursuant to a search warrant issued by the District Court for the State of Alaska at Palmer, Alaska. In its discovery the Government did not produce the affidavits or other records related to the application for that search warrant. Counsel for Mr. Ostensen pursued and obtained those records by searching the state court records and obtaining a CD from Mr. Ostensen's former attorney. The pertinent information was part of the discovery produced by prosecutors for the State of Alaska to Mr. Ostensen in a separate but related state-court action.

      As of the pretrial motion filing deadline of March 23, 2005 however counsel, despite due diligence, including numerous meetings with Mr. Ostensen, has not been able to properly study those search warrant application records and

United States v. Ostensen, et al
3:06-cr-20-RBB
Memorandum:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 1 of 3

prepare a motion to suppress evidence seized pursuant to the execution of that warrant.

Accordingly, Mr. Ostensen moves to continue the deadline for filing his pretrial motion to suppress concerning that evidence to March 31, 2005.

DATED this 23rd day of March, 2006 at Anchorage, Alaska.

                                    Sterling & Dearmond
                                    Counsel for Defendant
                                    Erik Edward Ostensen

                                    By:  /s/ Scott A. Sterling
                                    Sterling & Dearmond
                                    851 Westpoint Drive
                                    Suite 201
                                    Wasilla, Alaska 99654
                                    Telephone: (907) 376-8076
                                            Fax: (907) 376-8078
                                    Email: scottsterling@alaskalawyers.net

United States v. Ostensen, et al
3:06-cr-20-RBB
Memorandum:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 23rd day of March, 2006 upon:

AUSA Larry D. Card
Counsel for Plaintiff United States of America
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Telephone: (907) 271-5071
        Fax: (907) 271-1500
Email: larry.card@usdoj.gov

Federal Defender F. Richard Curtner
Counsel for Defendant Mark M. Graham
Federal Defender for Alaska
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Telephone: (907) 646-3400
        Fax: (907) 646-3480
Email: Rich_Curtner@fd.org

By:/s/ / Scott A. Sterling

United States v. Ostensen, et al
3:06-cr-20-RBB
Memorandum:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 3 of 3