IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ERIK EDWARD OSTENSEN and<br>MARK MACPHERSON GRAHAM,<br><br>　　　　　Defendants.<br>_____ | )  No. 3:06-cr-00020-RRB<br>)  **AFFIDAVIT OF COUNSEL:**<br>)  **DEFENDANT OSTENSEN'S**<br>)  **MOTION TO CONTINUE**<br>)  **DEADLINE TO FILE MOTION TO**<br>)  **SUPPRESS CERTAIN EVIDENCE**<br>)<br>)<br>)<br>)<br>) |

　　　　Scott A. Sterling being duly sworn declares:

　　　　1.　　The facts and circumstances set forth as grounds for granting Mr. Ostensen's motion to continue the deadline to file a motion to suppress certain evidence are all based upon my personal knowledge or investigation and are true, correct and complete to the best of my knowledge and belief.

　　　　2.　　I believe it is necessary and in the interests of justice for the court to grant the relief requested. The requested continuance is not for any improper reason or purpose.

　　　　FURTHER YOUR AFFIANT SAYETH NAUGHT.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Scott A. Sterling

(Notary public not available at time of signing).

United States v. Ostensen, et al
3:06-cr-20-RBB:
Affidavit of Counsel:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 1 of 3

DATED this 23rd day of March, 2006 at Anchorage, Alaska.

    Sterling & Dearmond
    Counsel for Defendant
    Erik Edward Ostensen

    By:  /s/ Scott A. Sterling
    Sterling & Dearmond
    851 Westpoint Drive
    Suite 201
    Wasilla, Alaska 99654
    Telephone: (907) 376-8076
        Fax: (907) 376-8078
    Email: scottsterling@alaskalawyers.net

United States v. Ostensen, et al
3:06-cr-20-RBB:
Affidavit of Counsel:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 23rd day of March, 2006 upon:

AUSA Larry D. Card
Counsel for Plaintiff United States of America
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Telephone: (907) 271-5071
         Fax: (907) 271-1500
Email: larry.card@usdoj.gov

Federal Defender F. Richard Curtner
Counsel for Defendant Mark M. Graham
Federal Defender for Alaska
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Telephone: (907) 646-3400
         Fax: (907) 646-3480
Email: Rich_Curtner@fd.org

By:/s/ / Scott A. Sterling

United States v. Ostensen, et al
3:06-cr-20-RBB:
Affidavit of Counsel:
Motion To Continue Deadline
To File Motion To Suppress Certain Evidence
Page 3 of 3