**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 USA  v.  ERIK OSTENSEN 

DATE:    April 3, 2006    CASE NO.    3:06-CR-0020-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

_____

        Pursuant to the Notice of Intent to Change Plea (Docket 39), a change of plea hearing will be held in this matter on **Thursday, April 13, 2006, at 9:15 a.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING