IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ERIK EDWARD OSTENSEN and<br>MARK MACPHERSON GRAHAM,<br><br>               Defendants. | ) No. 3:06-cr-00020-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ERIK OSTENSEN'S**<br>) **SENTENCING**<br>) <u>**MEMORANDUM**</u> |

      No excludable delay is expected to occur as a result of the filing of the present document.

      Mr. Ostensen is convicted of one count of attempted possession with intent to distribute more than 50 grams of methamphetamine. His case began as a prosecution in the Alaska state courts but ended up in federal court. Mr. Ostensen has fully accepted responsibility for his offense conduct. His criminal history is overstated but he freely admits that he is addicted to methamphetamine. He objects to being characterized as a some sort of major drug dealer. His drug activities were primarily, if not exclusively, dedicated to meeting his own cravings. He also objects to his being characterized as a threat or danger to his daughter. That characterization, if allowed to remain in the final PSR, will likely result in the Bureau of Prisons severely restricting, if not denying, visitation. There is no need for such a Draconian sanction. Due to his youth (29) and the emotional and physical abuse he suffered as a child, Mr. Ostensen's sentence should emphasize treatment and rehabilitation as well as deterrence and incapacitation.

The Government's motion for substantial assistance is well taken.   Mr. Ostensen has fully taken responsibility for his offense conduct and met all requirements for a measured reduction from the agreed-upon 72-month sentence.  The United States made no specific recommendation for a reduction.  Mr. Ostensen contends, taking all relevant information into consideration, that a reduction of 12 months, or a sentence of 60 months, will adequately meet and serve all relevant sentencing criteria.

Mr. Ostensen requests that he be sentenced to serve not more than 60 months in prison, a three year term of supervised release, no fine and a special assessment of $100.  He also requests that the court recommend him for placement in the BOP substance abuse/drug awareness program, and that he be confined at the correctional institution in Sheridan, Oregon.  Mr. Ostensen has family and relatives in the Pacific Northwest.  Placement at the Sheridan facility will promote and facilitate visitation and rehabilitation.

DATED this 22nd day of June, 2006 at Anchorage, Alaska.

>Sterling & Dearmond
>Counsel for Defendant
>Erik Edward Ostensen
>
>By:  /s/ Scott A. Sterling
>Sterling & Dearmond
>851 Westpoint Drive
>Suite 201
>Wasilla, Alaska 99654
>Telephone: (907) 376-8076
>       Fax: (907) 376-8078
>Email: scottsterling@alaskalawyers.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by fax on the 22nd day of June, 2006 upon:

AUSA Larry D. Card
Counsel for Plaintiff United States of America
Office of U.S. Attorney for Alaska
222 West 7th Avenue
Anchorage, Alaska 99513
Telephone: (907) 271-5071
        Fax: (907) 271-1500
Email: larry.card@usdoj.gov

USPO Pamela Shaw
U.S. Probation/Pretrial Services
222 West 7th Avenue
Anchorage, Alaska 99513
Fax: 907-271-3060

By:/s/ / Scott A. Sterling