UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA  v.  OSTENSEN

DATE:   June 26, 2006   CASE NO.   3:06-CR-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR SENTENCING**

---

Due to the commencement of a criminal trial, the **time** for sentencing in this matter on **June 27, 2006,** is **changed** from 9:00 a.m. to **4:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.